IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL-17-md-2775<br>Master Docket No. 1:17-md-2775<br><br>JUDGE CATHERINE C. BLAKE |
| ADRIENNE MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>SMITH & NEPHEW, INC.,<br><br>    Defendant. | **DIRECT FILED SHORT FORM COMPLAINT PURSUANT TO CASEMANAGEMENT ORDER NO. 5**<br><br>Civil Action No.: _____ |

## SHORT FORM COMPLAINT

1. Plaintiff, Adrienne Miller, states and brings this civil action in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*. Plaintiff is filing this Short Form Complaint pursuant to CMO No. 5, entered by this Court.

## PARTIES, JURISDICTION AND VENUE

2. Plaintiff, Adrienne Miller ("Plaintiff"), is a resident and citizen of Scottsdale, Maricopa County, Arizona 85258, and claims damages as set forth below.

3. Federal jurisdiction is proper based on diversity of citizenship.

4.      The Federal District in which Plaintiff's initial implant took place: United States District Court for the District of Arizona.

5.      The Federal District in which Plaintiff's revision surgery took place: United States District Court for the District of Arizona.

6.      Plaintiff brings this action on behalf of herself, individually.

## FACTUAL ALLEGATIONS

7.      On or about July 6, 2011, Plaintiff underwent surgery during which a Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's left hip.

8.      Plaintiff's left BHR implant surgery was performed at HonorHealth Scottsdale Healthcare Shea Medical Center in Scottsdale, Arizona, by orthopedic surgeon Theodore P. Firestone, M.D.

9.      Plaintiff underwent a medically-indicated revision of the left BHR hip implant on or about December 5, 2018.

10.     Plaintiff's revision surgery was performed by orthopedic surgeon Theodore P. Firestone, M.D., at HonorHealth Scottsdale Thompson Peak Medical Center in Scottsdale, Arizona.

11.     Plaintiff suffered the following complications, injuries, and/or indications, some or all of which made revision surgery medically necessary: pain in and around her left hip joint, squeaking, limp, and sleep interruption.

12.     Plaintiff adopts the allegations of the Master Amended Consolidated Complaint ("MACC") filed August 11, 2017, and any and all amendments to the MACC.

## ALLEGATIONS AS TO INJURIES

13. (a) Plaintiff claims damages as a result of (check all that are applicable):

    __X__   INJURY TO HERSELF/HIMSELF

    _____   INJURY TO THE PERSON REPRESENTED

    _____   WRONGFUL DEATH

    _____   SURVIVORSHIP ACTION

    __X__   ECONOMIC LOSS

14. Defendant, by its actions or inactions, proximately caused the injuries to Plaintiff.

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

15. The following claims and allegations are asserted by Plaintiff and are herein adopted by reference under the laws of the following state: Arizona

    __X__   COUNT I (Strict Products Liability, Design Defect and Failure to Warn)

    Specific state common law and statutory law that applies: Arizona

    __X__   COUNT II (Negligence)

    Specific state common law and statutory law that applies: Arizona

    __X__   COUNT III (Negligent Failure to Warn)

    Specific state common law and statutory law that applies: Arizona

    __X__   COUNT IV (Negligence *Per Se*)

    Specific state common law and statutory law that applies: Arizona

    __X__   COUNT V (Negligent Misrepresentation)

    Specific state common law and statutory law that applies: Arizona

   __X__       COUNT VI (Breach of Express Warranty)

Specific state common law and statutory law that applies: Arizona

   __X__       COUNT VII (Breach of Implied Warranty)

Specific state common law and statutory law that applies: Arizona

   __X__       COUNT VIII (Unfair Trade Practices and Consumer Protection)

Specific state common law and statutory law that applies: Arizona

   __X__       COUNT IX (Fraudulent Concealment)

Specific state common law and statutory law that applies: Arizona

   __X__       COUNT X (Manufacturing Defect)

Specific state common law and statutory law that applies: Arizona

   __X__       COUNT XI (Punitive Damages)

Specific state common law and statutory law that applies: Arizona

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement; and

7. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all claims in Complaint so triable.

Dated: June 25, 2020.

Respectfully submitted,

/s/ *George E. McLaughlin*
George E. McLaughlin (Admitted PHV)
McLaughlin Law Firm, P.C.
1890 Gaylord Street
Denver, CO 80206-1211
Telephone: 720-420-9800
Email: gem@mcllf.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June 2020, I caused the foregoing Direct-Filed Short Form Complaint, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the District of Maryland, on all parties registered for CM/ECF in the above-captioned matter.

/s/ *George E. McLaughlin*
George E. McLaughlin